| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | U. S. Probation Office<br>Eastern District of Michigan | PACTS<br>1714272 | DATE<br>08/01/2024 |
|---|---|---|---|---|

| NAME<br>HORACEK, Daniel | OFFICER<br>Lamara H. Werts | JUDGE<br>David M. Lawson | DOCKET #<br>15-CR-20683-01 |
|---|---|---|---|

| ORIGINAL SENTENCE DATE<br>05/31/2017 | SUPERVISION TYPE<br>Supervised Release | CRIMINAL HISTORY CATEGORY<br>VI | TOTAL OFFENSE LEVEL<br>19 | PHOTO |
|---|---|---|---|---|
| COMMENCED<br>05/20/2022 | REVOCATION DATE<br>02/07/2024 | | | |
| EXPIRATION<br>10/06/2025 | RECOMMENCED<br>02/07/2024 | | | |

| ASST. U.S. ATTORNEY<br>Jasmine Moore | DEFENSE ATTORNEY<br>To Be Determined |
|---|---|

| REPORT PURPOSE | **TO ISSUE A SUMMONS** |
|---|---|

**ORIGINAL OFFENSE**
Count 1s: 18 U.S.C. § 2113(a), Bank Robbery

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 70 months to run concurrent with defendant's state sentence. The defendant is to serve his sentence in a state facility, to be followed by a three-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Avern Cohn. Case Reassigned to the Honorable David M. Lawson on 11/7/2022, pursuant to Local Rule 57.10.

Revocation Sentence: February 7, 2024: HORACEK appeared before your Honor and pled guilty to violations #5, #6, #9 and #11. The Court revoked HORACEK's term of supervised release and imposed a custodial term of four months (time served), to be followed by a 20-month term of supervised release. All conditions and special conditions previously imposed remain in full effect.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
2. The defendant shall enroll and participate in a Cognitive Behavior Therapy program (CBT) as approved by the probation officer, if necessary. treatment program and follow the rules and regulations of that program.
3. The defendant shall make monthly installment payments on any remaining balance of the (restitution and special assessment) at a rate and schedule recommended by the probation department and approved by the Court.
4. The defendant shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 1714272 | **DATE** 08/01/2024 |
|---|---|---|---|---|
| **NAME** HORACEK, Daniel | **OFFICER** Lamara H. Werts | **JUDGE** David M. Lawson | | **DOCKET #** 15-CR-20683-01 |

5. The defendant shall provide the probation officer with access to any requested financial information. and authorize the release of any financial information.

   Criminal Monetary Penalties:   Special Assessment $100.00 (paid); Restitution $2,270.00 ($2,120.00 balance).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."<br><br>On March 1, 2024, April 3, 2024, and June 27, 2024, HORACEK submitted urine samples to the probation department which tested positive for cocaine. HORACEK denied the use of cocaine. The urine samples were sent to Abbott Laboratories and were confirmed positive for cocaine. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Lamara H. Werts/slg/djl 313-234-5447 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Matthew A. Romeo 989-894-8829 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[✓] The issuance of a summons

[ ] Other

_____
United States District Judge

August 5, 2024
Date